# Court of Appeals
# of the State of Georgia

ATLANTA, June 17, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0137. IN THE INTEREST OF C. G., et al (FATHER).**

Upon consideration of applicant's emergency motion for an extension of time in which to file a discretionary application, said motion is HEREBY GRANTED. Applicant shall have until July 22, 2025 to file the application. See Georgia Court of Appeals Rule 16 (c) ("Only one extension of time [to file a discretionary application] will be granted, and the extension will not exceed the time otherwise allowed for the filing of an application.") and Rule 31 (a) ("An application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed[.]").



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/17/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*